IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETER MOEDE, a Wisconsin resident, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 C 1726 |
| | ) | |
| KEITH POCHTER, ROBERT | ) | |
| MICHELSON, MITCHELL MILLER, | ) | |
| and RONALD SANDLER, Illinois | ) | |
| residents, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

Defendants Sandler, Miller and Michelson moved to dismiss the complaint, contending that they had no duty to provide anything to the plaintiff. That led to an amended complaint. The amended complaint made it clear that plaintiff was not seeking any coercive relief against those defendants. Rather, he seeks only information, namely their financial records respecting the subject financial transaction.

We deny the motion to dismiss for now. We remain uncertain why this suit lingers on. We are persuaded that Illinois law permits plaintiff to seek an accounting from his fellow members in these circumstances – although he could get the same information by discovery. And we are also persuaded that the three defendants, once they have furnished the information, could successfully have plaintiff's claim dismissed as moot. Perhaps that information would lead to a different claim, but that would be so regardless of how the information was obtained, and we cannot, in any event, anticipate that will be so.

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 28 , 2007.